UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANUJ MAHENDRA PATEL,<br>Petitioner,<br>v.<br>WARDEN, FCI MENDOTA CAMP,<br>Respondent. | Case No. 1:26-cv-04617-KES-CDB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES<br><br>Doc. 9 |

Petitioner Anuj Mahendra Patel is proceeding pro se with a petition for writ of habeas corpus filed under 28 U.S.C. § 2241. Doc. 1.

On July 17, 2026, the assigned magistrate judge issued findings and recommendations stating that petitioner did not exhaust his administrative remedies and had failed to demonstrate meritorious reasons for why exhaustion should be excused. Doc. 9 at 3–4. The magistrate judge recommended that the petition be dismissed without prejudice for failure to exhaust administrative remedies and that petitioner's motions to amend release date and for expedited ruling be denied as moot. *Id.* at 4–5.

The findings and recommendations were served on the parties and contained notice that any objections were to be filed within twenty-one (21) days of service. *Id.* at 5. The parties were advised that failure to file objections may result in waiver of certain rights on appeal. *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).

Petitioner filed objections on July 31, 2026. Doc. 10. Petitioner argues that further administrative exhaustion should be excused, and that the court should permit this action to proceed to determination on the merits. *Id.* at 2–3. In the objections, petitioner asserts that his BP-11 administrative appeal was not addressed on the "merits of [his] claims" and that Bureau of Prisons officials returned the appeal to him "based on procedural deficiencies with instructions to correct and resubmit." *Id.* at 1. But this further confirms that petitioner has not exhausted his administrative remedies. Petitioner's BP-11 appeal will not be final until it is resubmitted and either "(a) the General Counsel [of the Federal Bureau of Prisons] replies, on the merits, to the inmate's BP-11, or (b) the time allotted for reply runs without the inmate receiving a response." *Newborn v. Quintana*, No. EDCV 11-0046-SJO DTB, 2012 WL 1325407, at *3 (C.D. Cal. Mar. 2, 2012), *report and recommendation adopted*, No. EDCV 11-0046-SJO DTB, 2012 WL 1325338 (C.D. Cal. Apr. 15, 2012).

Pursuant to 28 U.S.C. § 636(b)(1), the court performed a de novo review of this case. Having carefully reviewed the matter, including petitioner's objections, the court concludes that the findings and recommendations are supported by the record and proper analysis. The dismissal is without prejudice to petitioner timely re-raising claims after exhausting the administrative remedy process. *See City of Oakland v. Hotels.com LP*, 572 F.3d 958, 962 (9th Cir. 2009), *as amended* (Aug. 20, 2009) ("[F]ailure to exhaust administrative remedies is properly treated as a curable defect and should generally result in a dismissal without prejudice.").

In the event a notice of appeal is filed, a certificate of appealability will not be required because this is not a final order in a habeas proceeding in which the detention complained of arises out of process issued by a state court. *Forde v. U.S. Parole Commission*, 114 F.3d 878 (9th Cir. 1997); *see Ojo v. INS*, 106 F.3d 680, 681–682 (5th Cir. 1997); *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996).

Accordingly, the Court ORDERS:

1. The findings and recommendations, Doc. 9, issued on July 17, 2026, are ADOPTED in full.
2. The petition for writ of habeas corpus, Doc. 1, is DISMISSED without prejudice for

failure to exhaust administrative remedies.

3. Petitioner's motion to amend the release date, Doc. 6, and motion to expedite ruling, Doc. 7, are DENIED as moot.
4. The Clerk of the Court is directed to terminate any remaining motions as moot and to close this case.
5. In the event a notice of appeal is filed, no certificate of appealability is required.

IT IS SO ORDERED.

Dated: September 3, 2026

UNITED STATES DISTRICT JUDGE